# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-2073
LT Case No. 2019-CF-002023-A

————————————————

TWAIN RUSHING,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————

3.850 appeal from the Circuit Court for Marion County.
Lisa D.. Herndon, Judge.

William D. Beamer, Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

October 17, 2023

PER CURIAM.

   AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____